AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

NEIL M. JOHNSON,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
  V.

                                CASE NUMBER: **3:09-cv-00587-RCJ-LRL**

TRUCKEE RIVER
HIGHLANDS HOA, LLC, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (Document No.'s 13, 16, 30, 116, 131) are GRANTED. This case is dismissed for lack of subject matter jurisdiction.

   December 1, 2010                                                         **LANCE S. WILSON**
                                                                         Clerk

                                                                      /s/ Katie Lynn Ogden
                                                                        Deputy Clerk